**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7441**

WRITER'S EMAIL ADDRESS
manishasheth@quinnemanuel.com

July 2, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *Yang v. The Bank of New York Mellon Corporation et al.* **(Case No. 1:20-cv-03179: Plaintiff's Notice of Intent to Amend Complaint**

Dear Judge Nathan:

    We represent Plaintiff John ("Jack") Yang in the above-captioned action. We write in response to the Court's Order, dated June 25, 2020, and in accordance with Rule 3F of this Court's Individual Practices in Civil Cases, to inform the Court and Defendants that Plaintiff intends to file an amended complaint and will do so no later than July 13, 2020.

    Thank you for Your Honor's consideration of this submission.

                                Respectfully submitted,

                                */s/ Manisha M. Sheth*
                                Manisha M. Sheth

Cc:    Counsel of record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART