# Morgan Lewis

**Michael L. Banks**
Partner
+1.215.963.5387
michael.banks@morganlewis.com

July 27, 2020

**VIA ECF**

Hon. Alison J. Nathan
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, NY 10007

Re:   *John "Jack" Yang v. The Bank of New York Mellon Corporation, et al.*
      Case No. 1:20-cv-03179-AJN

Dear Judge Nathan:

We represent Defendants The Bank of New York Mellon Corporation, Alcentra NY, LLC, and Alcentra Limited (collectively, "Defendants") in the above-referenced matter. We write pursuant to Section 3(E) of Your Honor's Individual Practices in Civil Cases, to respectfully request oral argument on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint filed on July 27, 2020.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Michael L. Banks*
Michael L. Banks

cc: All counsel of record (via ECF)

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921          T +1.215.963.5000
United States                          F +1.215.963.5001