UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ("JACK") YANG,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>THE BANK OF NEW YORK MELLON CORPORATION, ALCENTRA NY, LLC, and ALCENTRA LIMITED,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:20-cv-03179<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

　　　　　PLEASE TAKE NOTICE that Meredith R. Mandell of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears on behalf of Plaintiff John ("Jack") Yang.  I hereby certify that I am admitted to practice in the Southern District of New York.

| | |
|---|---|
| Dated:　New York, NY<br>　　　　　August 11, 2020 | QUINN EMANUEL URQUHART &<br>　　　　SULLIVAN, LLP<br><br>/s/ Meredith R. Mandell<br>Meredith R. Mandell<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel:  212-849-7000<br>Fax:  212-849-7100<br>meredithmandell@quinnemanuel.com<br><br>*Attorney for Plaintiff John ("Jack") Yang* |