**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7441**

WRITER'S EMAIL ADDRESS
**manishasheth@quinnemanuel.com**

August 19, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:    John "Jack" Yang v. The Bank of New York Mellon Corp., et al.,
               Case No. 1:20-cv-03179 (AJN)

Dear Judge Nathan:

      We represent Plaintiff Mr. Yang in the above-captioned action, and write to request that the Court schedule an initial pre-trial conference to discuss various matters, including a case management plan, discovery, and prior settlement discussions and the potential for settlement.

      The initial pretrial conference was originally scheduled for July 24, 2020. On June 25, 2020, the Court adjourned the conference in light of the Defendants' motion to dismiss which was filed on July, 27, 2020, Dkt. No. 27. Now that the Defendants' motion is fully briefed, Plaintiff requests a conference so that the case may proceed apace while Defendants' motion is under consideration.

      Thank you for Your Honor's consideration of this submission.

                    Respectfully submitted,

                    */s/ Manisha M. Sheth*
                    Manisha M. Sheth

      Cc:    W. John Lee, Esq.
              Counsel for Defendants

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART