USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

John "Jack" Yang,

        Plaintiff,

–v–

The Bank of New York Mellon Corporation,

        Defendant.

20-cv-3179 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Initial Pretrial Conference in this matter, presently scheduled for September 18, 2020, is hereby adjourned to September 25, 2020 at 3:45 P.M. The Conference will be conducted telephonically pursuant to the details provided in Dkt. No. 35.

SO ORDERED.

Dated: September 15, 2020
       New York, New York

                          ALISON J. NATHAN
                       United States District Judge