UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/29/2020
```

Yang,

                    Plaintiff,

          –v–

Bank of New York Mellon Corp., *et al.*,

                    Defendants.

20-cv-03179 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Pursuant to the conference held today, September 25, 2020, the parties are to submit a Joint Status letter by November 2, 2020 stating whether mediation efforts will continue or if the Court should rule on Defendants' request to stay discovery pending resolution of their Motion to Dismiss Plaintiff's Amended Complaint.


      SO ORDERED.

Dated:  September 29, 2020
       New York, New York

_____
          ALISON J. NATHAN
          United States District Judge