**quinn emanuel** trial lawyers | new york, ny

51 Madison Avenue. 22nd Floor | New York, NY 10010 | TEL (212) 849-7441 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7441**

WRITER'S EMAIL ADDRESS
**manishasheth@quinnemanuel.com**

October 29, 2020

<u>VIA E-MAIL & ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

   Re: *John "Jack" Yang v. The Bank of New York Mellon Corp., et al.*,
     Case No. 1:20-cv-03179 (AJN)

Dear Judge Nathan:

   In accordance with the Court's September 29, 2020 Order (Dkt. No. 39), we write on behalf of all parties to provide an update on the mediation efforts between Plaintiff John ("Jack") Yang and Defendants The Bank of New York Mellon Corporation, Alcentra NY, LLC, and Alcentra Limited.

   On October 27, 2020, the parties participated in an 8-hour mediation with JAMS neutral, Linda Singer. The parties were unable to resolve this matter and no further mediation is scheduled at this time.

   Accordingly, the parties respectfully request a ruling on the Defendants' letter application for a stay of discovery pending the Court's resolution of the Defendants' Motion to Dismiss (Dkt. No. 21). The Parties are available at the Court's convenience for oral argument on the application if that would be helpful to the Court.

         Respectfully submitted,

         Manisha M. Sheth

cc: W. John Lee, Esq.
  Counsel for Defendants