**quinn emanuel** trial lawyers | new york, ny

51 Madison Avenue. 22nd Floor | New York, NY  10010 | TEL (212) 849-7441 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7441**

WRITER'S EMAIL ADDRESS
manishasheth@quinnemanuel.com

December 7, 2020

<u>VIA ECF</u>

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

    Re:    *John "Jack" Yang v. The Bank of New York Mellon Corp., et al.*,
            Case No. 1:20-cv-03179 (AJN)

Dear Judge Nathan:

    We respectfully submit the attached proposed Stipulation of Confidentiality and Protective Order (hereafter, the "Protective Order") on behalf of all parties.

    Thank you for Your Honor's consideration of this submission.

                                                              Respectfully submitted,

                                                              <u>/s/ Manisha M. Sheth</u>
                                                              Manisha M. Sheth

cc:    Counsel of Record for Defendants