UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2021

Yang,

          Plaintiff,

–v–

The Bank of New York Mellon Corp., *et al.*,

          Defendants.

20-cv-03179 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The pretrial discovery conference scheduled for April 16, 2021 in this matter, *see* Dkt. No. 45, is adjourned to October 1, 2021 at 3:45 P.M.

    SO ORDERED.

Dated: April 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge