**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JOHN "JACK" YANG,                            :
                                             :
                          Plaintiff,         :    20-cv-03179 (AJN) (OTW)
                                             :
              -against-                      :         ORDER
                                             :
THE BANK OF NEW YORK MELLON CORP., et al.,   :
                                             :
                          Defendants.        :
                                             :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 64. By **June 29, 2021**, the parties shall submit a proposed joint agenda for an in-person status conference regarding the ripe discovery disputes. The agenda shall ONLY include items that **BOTH** Plaintiff and Defendants AGREE are ripe for decision and shall include a brief (one or two sentences) summary of each side's position.

**SO ORDERED.**

Dated: June 23, 2021  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge