**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOHN "JACK" YANG,

                             Plaintiff,

          -against-

THE BANK OF NEW YORK MELLON CORP., *et al.*,

                           Defendants.

------------------------------------------------------------x

20-cv-03179 (AJN) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 66. The parties shall file an updated proposed agenda by **July 13, 2021**, adding citations to case law for their respective arguments related to Defendants' Privilege Positions (Item 1). The updated, proposed joint agenda shall not exceed three single-spaced pages.

**SO ORDERED.**

Dated: July 6, 2021
       New York, New York

                                               *s/ Ona T. Wang*
                                                       **Ona T. Wang**
                                              United States Magistrate Judge