July 12, 2021

**VIA ECF**

The Honorable Ona T. Wang
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 20D
New York, NY 10007

      Re:    *John "Jack" Yang v. The Bank of New York Mellon Corp., et al.*,
                Case No. 1:20-cv-03179 (AJN) - Joint Status Update

Dear Judge Wang:

      Pursuant to Your Honor's instructions on our joint call to Chambers today, we write to inform the Court that the parties have reached an agreement in principle to settle the above-captioned action. The parties are working diligently to memorialize the settlement, and thus, jointly request a suspension of the July 13, 2021 deadline to submit an updated proposed agenda for the conference regarding discovery disputes. (*See* Dkt. No. 67.)

      Thank you for Your Honors' consideration of this submission.

Respectfully submitted,

*/s/ Manisha M. Sheth*                                   */s/ W. John Lee*

Manisha M. Sheth                                         W. John Lee
Quinn Emanuel Urquhart & Sullivan, LLP      Morgan, Lewis & Bockius LLP
*Counsel to Plaintiff*                                     *Counsel to Defendants*

cc:      The Honorable Alison J. Nathan